

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2023

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Stephen Buyer*, 22 Cr. 397 (RMB)

Dear Judge Berman:

      The Government respectfully submits this joint letter to request (1) the Court adjourn the sentencing in the above-referenced matter set for July 11, 2023 and (2) allow the parties additional time to propose a schedule for any additional written submissions and a new date for sentencing. The Government presently expects to receive materials related to restitution from counsel for T-Mobile and Guidehouse by on or about July 10, 2023, and the Government understands defense counsel would like time to review those materials and request any additional materials before proposing a schedule for any written submissions related to forfeiture and restitution. Accordingly, the parties jointly respectfully request the Court adjourn the July 11, 2023 sentencing date, and permit the parties to advise the Court on the status of their discussions and propose a schedule for any additional written submissions by on or about July 21, 2023.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:   /s/
      Kiersten A. Fletcher
      Margaret Graham
      Assistant United States Attorneys
      (212) 637-2238/2923

cc:    Counsel for Stephen Buyer (by ECF and email)